FILED: August 5, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4606

(1:13-cr-00083-JKB-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JAMES KALBFLESH

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:13-cr-00083-JKB-1 |
| Date notice of appeal filed in originating court: | 08/01/2014 |
| Appellant (s) | James Kalbflesh |
| Appellate Case Number | 14-4606 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |