UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4606
JAMES KALBFLESH                    *           Appellant

v.

                                    *

UNITED STATES                                  Appellee
     *     *     *     *     *     *     *     *     *     *     *

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPENING BRIEF AND APPENDIX

Comes now your Appellant, JAMES KALBFLESH, by and through the undersigned counsel, and respectfully requests an extension of time in which to file the Opening Brief of Appellant and Appendix. In support of this Motion, counsel presents the following:

1. The Opening Brief of Appellant and Appendix are currently due February 17th, 2014.

2. This is Appellant's first request for an extension of time.

3. Counsel for Appellant needs additional time to review transcripts, research case law, evaluate appellate issues and confer with Appellant about his proposed issues prior to filing.

4. Counsel for the Appellant requests that the due date for the Opening Brief of Appellant and Joint Appendix be extended to at least May 15th, 2015.

5. Counsel for the Appellee have been consulted as to the filing of this Motion and have authorized the undersigned to represent that there will be no objection to the relief requested herein.

- 2 -

6. This Motion is made in good faith and not for the purpose of delay.

In light of the foregoing, Appellant requests an extension of time in which to prepare and file the Opening Brief of Appellant and Appendix on this 13th day of February 2015.

Respectfully submitted,

*Erek L. Barron* /s/

---

Erek L. Barron, Esq.
Attorney for Appellant,
JAMES KALBFLESH
Whiteford, Taylor & Preston L.L.P.
7501 Wisconsin Avenue Suite 700W
Bethesda, Maryland 20814
(301) 804-3613

Appeal: 14-4606     Doc: 51     Filed: 02/18/2015     Pg: 2 of 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2015, a copy of the foregoing Motion was mailed first class, postage prepaid to:

>Patricia S. Connor, Clerk
>U.S. Court of Appeals for the Fourth Circuit
>1100 East Main Street, Suite 501
>Richmond, Virginia 23219

*Erek L. Barron* /s/
_____
Erek L. Barron, Esq.
Attorney for Appellant,
JAMES KALBFLESH
Whiteford, Taylor & Preston L.L.P.
7501 Wisconsin Avenue Suite 700W
Bethesda, Maryland 20814
(301) 804-3613

Copies to:
John Dimsey, Esq.
U.S. Department of Justice
Civil Rights Division
Room 3710
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Dennis.J.Kimsey@usdoj.gov
(202)514-2195

Robert A. Koch, Esq.
U.S. Department of Justice
Civil Rights Division - Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, D.C. 20044-4403
Robert.Koch@usdoj.gov
(202) 305-2302

Erck L. Barron, Esq.
Whiteford, Taylor & Preston, LLP
7501 Wisconsin Avenue
Suite 700W
Bethesda, MD 20814

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219