FILED: March 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4606

(1:13-cr-00083-JKB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAMES KALBFLESH

       Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1835 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk